USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/30/2021____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAIR HOUSING JUSTICE CENTER, INC.

                           Plaintiff,

              v.

GOTHAM ORGANIZATION INC.,
FXCOLLABORATIVE ARCHITECTS, LLP, BAM
GO DEVELOPERS LLC, BAM GO DEVELOPERS II
LLC, and 55TH & 9TH LLC.,

                      Defendants.

19 Civ. 4764 (GHW)

**STIPULATION
AND ORDER OF DISMISSAL**

**WHEREAS,** on or about May 23, 2019, the Fair Housing Justice Center, Inc.

("Plaintiff") commenced the above-captioned action (the "Lawsuit");

**WHEREAS,** on November 21, 2019, Plaintiff filed an Amended Complaint, dated

November 21, 2019, alleging that Gotham Organization Inc., BAM GO Developers LLC, BAM

GO Developers II,  55th & 9th LLC (collectively, the "Developer Defendants") and

FXCollaborative Architects, LLP (collectively with the Developer Defendants, the

"Defendants") discriminated on the basis of disability in the design and construction of The

Ashland, a high rise apartment building having an address of 250 Ashland Place, Brooklyn, New

York, and that the Developer Defendants discriminated on the basis of disability in the design

and construction of The Nicole, a high rise apartment building  having an address of 400 West

55th Street, New York, New York, in violation of the Fair Housing Act, 42 U.S.C. § 3601 *et seq.*

(the "FHA"); the New York State Human Rights Law, New York Executive Law § 296 *et seq.*;

and the New York City Human Rights Law, New York City Admin. Code §§ 8-107 *et seq.*;

**WHEREAS,** Defendants have asserted defenses to the Lawsuit and deny each of the

claims asserted by Plaintiff therein;

**WHEREAS**, the Parties entered into the attached Settlement Agreement to resolve the claims asserted in the Lawsuit and avoid the expense of protracted litigation;

**WHEREAS**, the Parties jointly request that the Court retain jurisdiction to enforce the Settlement Agreement to avoid the time and expense of a separate enforcement proceeding; and

**WHEREAS** Plaintiff and Defendants, by and through their undersigned counsel, stipulate and agree as follows:

1.     This action is hereby dismissed with prejudice pursuant to the terms of the Settlement Agreement in this action.

2.     The Court shall retain jurisdiction over this action for the sole purpose of enforcing compliance with the terms of the Settlement Agreement, attached as Exhibit A, and only in accordance with Paragraphs 5 and 6 of the Settlement Agreement.

3.     Before filing a motion to enforce the Settlement Agreement, pursuant to the terms of the Settlement Agreement in this action, the Parties will endeavor in good faith to informally resolve any differences.  The moving Party will give each other Party written notice of any instance of alleged noncompliance with this Agreement and afford each affected Party forty-five (45) days to cure any alleged noncompliance and the Parties shall confer during that forty-five-day cure period and attempt in good faith to resolve the alleged noncompliance by agreement.

4.     This stipulation may be executed in one or more counterparts, by facsimile or electronic signature, all of which shall be deemed an original for the purposes of this stipulation.

Dated: October 28, 2021
New York, New York

For Plaintiff:

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

By: *Diane L. Houk*

Diane L. Houk
Debra L. Greenberger
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000

*Attorneys for Plaintiff*
*Fair Housing Justice Center, Inc.*

For Defendants:

ALSTON & BIRD LLP


By: _____
Joanna C. Hendon
Joanna H. Schorr
90 Park Avenue
New York, NY 10016
(212) 210-1244

*Attorneys for Defendants Gotham*
*Organization, Inc., BAM GO Developers*
*LLC, BAM GO Developers II LLC, and*
*55th & 9th LLC*


ZETLIN & DE CHIARA LLP


By: _____
Carol J. Patterson
David A. Beatty
801 Second Avenue
New York, NY 10017

*Attorneys for Defendant*
*FXCollaborative Architects, LLP*


It is so ORDERED this _____ day of _____, 2021.


_____
HON. GREGORY H. WOODS
UNITED STATES DISTRICT COURT JUDGE

Dated: ___October 28, 2021___
      New York, New York

For Plaintiff:

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

By: _____
Diane L. Houk
Debra L. Greenberger
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000

*Attorneys for Plaintiff*
*Fair Housing Justice Center, Inc.*

For Defendants:

ALSTON & BIRD LLP

By: _____
Joanna C. Hendon
Joanna H. Schorr
90 Park Avenue
New York, NY 10016
(212) 210-1244

*Attorneys for Defendants Gotham*
*Organization, Inc., BAM GO Developers*
*LLC, BAM GO Developers II LLC, and*
*55th & 9th LLC*


ZETLIN & DE CHIARA LLP


By: _____
Carol J. Patterson
David A. Beatty
801 Second Avenue
New York, NY 10017

*Attorneys for Defendant*
*FXCollaborative Architects, LLP*


It is so ORDERED this _____ day of _____, 2021.


_____
HON. GREGORY H. WOODS
UNITED STATES DISTRICT COURT JUDGE

Dated: _October 28, 2021_____
      New York, New York

For Plaintiff:

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

By: _____
Diane L. Houk
Debra L. Greenberger
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000

*Attorneys for Plaintiff*
*Fair Housing Justice Center, Inc.*

For Defendants:

ALSTON & BIRD LLP

By: _____
Joanna C. Hendon
Joanna H. Schorr
90 Park Avenue
New York, NY 10016
(212) 210-1244

*Attorneys for Defendants Gotham*
*Organization, Inc., BAM GO Developers*
*LLC, BAM GO Developers II LLC, and*
*55th & 9th LLC*

ZETLIN & DE CHIARA LLP

By: _____
Carol J. Patterson
David A. Beatty
801 Second Avenue
New York, NY 10017

*Attorneys for Defendant*
*FXCollaborative Architects, LLP*

It is so ORDERED this __30th__ day of __October_____, 2021.

_____
HON. GREGORY H. WOODS
UNITED STATES DISTRICT COURT JUDGE